January 22, 1982.

441 A.2d 791

Catarouch, Appellant v. Catarouch.

Argued November 10, 1981. Sharon L. Smith, for appellant; Querino R. Torretti, for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Order affirmed.